MacNEILL, Treasurer *v.* BELLAH.

ATKINSON, Justice. This is the second appearance of this case. See *MacNeill* v. *Bellah*, 198 *Ga.* 51 (31 S. E. 2d, 18). This case is controlled by the decision in *MacNeill* v. *Wertz*, ante, 429.

*Judgment affirmed. All the Justices concur, except Duckworth, Wyatt, and Head, JJ., who dissent. Jenkins, P. J., concurs specially.*

No. 15338. JANUARY 15, 1946. REHEARING DENIED FEBRUARY 21, 1946.

*E. H. Sheats* and *W. S. Northcutt,* for plaintiff in error.

*James A. Branch, Thomas B. Branch Jr.,* and *Woodruff, Ward & Etheridge,* contra.